**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
whitney@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 South Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:      (866) 412-6992
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERESA I. ROGGIO, an Individual, | CASE NO.    2:19-cv-01461-KJD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO STAY THE CASE** |
| COSTCO WHOLESALE CORPORATION, a Foreign corporation, d/b/a COSTCO #737; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive, | |
| Defendants. | |

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective attorneys of record, stipulate and agree to stay the pendency of this case by forty-five (45) days, to continue the deadline for the parties to file their Joint Pre-Trial order an additional sixty (60) days, and to extend discovery deadlines an additional thirty (30) days.

This is the first request for an extension for the parties to complete the Joint Pre-Trial Order. The Joint Pre-Trial Order is currently due on March 12, 2021. This Stipulation is sought by the parties in order to allow for substantive settlement negotiations to continue with the hopes

of resolving this matter. The settlement negotiations are ongoing, and the stay will permit the parties to continue and exhaust discussions culminating in a settlement agreement or trial. Currently, the parties have noticed several depositions but the Parties wish to avoid incurring additional costs and fees in order to accommodate settlement discussions.

For this reason, and in order to avoid potentially unnecessary additional fees and costs if this matter settles, the parties hereby stipulate stay this case forty-five (45) days, or February 19, 2021 and continue the deadline for the parties to submit their Joint Pre-Trial order an additional sixty (60) days from the date the stay expires, or until April 20, 2021.

Accordingly, the parties have agreed and stipulated to the following deadlines:

| | |
|---|---|
| Case Stayed Until: | February 19, 2021 |
| Final Joint Pre-Trial Order to be filed by: | April 20, 2021 |
| Close of Discovery: | April 14, 2021 |
| Initial Expert Disclosures Deadlines: | February 19, 2021 |
| Rebuttal Expert Disclosure Deadline: | March 19, 2021 |
| Final Date for Dispositive Motions: | May 13, 2021 |

DATED this 5th day of January, 2021

CHRISTIANSEN LAW OFFICES

By_____
PETER S. CHRISTIANSEN, ESQ.
NV Bar No. 5254
R. TODD TERRY, ESQ.
NV Bar No. 6519
WHITNEY J. BARRETT, ESQ.
NV Bar No. 13662
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 5th day of January, 2021

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By _/s/ Michael A. Federico, Esq._
MICHAEL A. FEDERICO, ESQ.
NV Bar No. 5946
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Defendant Costco Wholesale*

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

<u>**ORDER**</u>

**IT IS HEREBY ORDERED:**

    In accordance with the stipulation of the parties, the Court orders as follows:

| | |
|---|---|
| **Case Stayed Until:** | **February 19, 2021** |
| **Final Joint Pre-Trial Order to be filed by:** | **April 20, 2021** |
| **Close of Discovery:** | **April 14, 2021** |
| **Initial Expert Disclosures Deadlines:** | **February 19, 2021** |
| **Rebuttal Expert Disclosure Deadline:** | **March 19, 2021** |
| **Final Date for Dispositive Motions:** | **May 13, 2021** |

IT IS SO ORDERED this 6th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**CHRISTIANSEN LAW OFFICES**

_____
R. TODD TERRY, ESQ.
NV Bar No. 6519
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

3