MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| TERESA I. ROGGIO, an Individual; | CASE NO.: 2:19-cv-01461-KJD-EJY |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Crporation, d/b/a COSTCO #737; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff TERESA I. ROGGIO and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this  3rd  day of  May , 2021.       DATED this ___ day of _____, 2021.

CHRISTIANSEN TRIAL LAWYERS        OLSON CANNON GORMLEY & STOBERSKI

_____         _____
R. TODD TERRY, ESQ.                MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.:6519                Nevada Bar No. 5946
710 South. 7th Street              9950 W. Cheyenne Ave.
Las Vegas, NV 89101                Las Vegas, NV 89129
Attorney for Plaintiff             Attorney for Defendant

**ORDER**

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff TERESA I. ROGGIO against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

DATED:  5/13/2021

_____
UNITED STATES DISTRICT COURT JUDGE KENT DAWSON

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this ___ day of _____, 2021.   DATED this 12th day of May, 2021.

CHRISTIANSEN TRIAL LAWYERS   OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

R. TODD TERRY, ESQ.   MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.:6519   Nevada Bar No. 5946
710 South. 7th Street   9950 W. Cheyenne Ave.
Las Vegas, NV 89101   Las Vegas, NV 89129
Attorney for Plaintiff   Attorney for Defendant

**ORDER**

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff TERESA I. ROGGIO against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

DATED: 5/13/2021

_____
UNITED STATES DISTRICT COURT JUDGE KENT DAWSON

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

2